IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. : 7:12-CV-291-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>for the use and benefit of S&G Prestress<br>Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER |
| TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA;<br>FEDERAL INSURANCE COMPANY;<br>FIDELITY AND DEPOSIT COMPANY<br>OF MARYLAND; and, LIBERTY<br>MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

The court has been advised that the parties have settled all matters in controversy among

them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to

reopen the case should settlement not be consummated within forty-five (45) days hereof. **The**

**parties are directed to file their Stipulation of Dismissal With Prejudice on or before Monday,**

**April 15, 2013.**

As there appears to be no further reason at this time to maintain the file as an open one for

statistical purposes, this case is removed from the active docket.

SO ORDERED, this 27th day of February, 2013.

LOUISE W. FLANAGAN
United States District Judge